

United States District Court
Eastern District of California

| Ann Joyce, an individual | Case Number: 2:24-cv-03344-TLN-AC |

Plaintiff(s)

V.

TransUnion LLC, a Delaware limited liability company; AMY COOK, an individual; and DOES 1-100, inclusive,

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Minji Kim hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: TransUnion LLC, a Delaware limited liability company; AMY COOK, an individual; and DOES 1-100, inclusive

On 05/08/2024 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: January 10th, 2025                    Signature of Applicant: /s/ *Minji*

U.S. District Court – Pro Hac Vice Application                                            Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Minji Kim |
| Law Firm Name: | Buchanan Ingersoll & Rooney PC |
| Address: | 50 S. 16th Street, Suite 3200 |
| City: | Philadelphia    State: PA    Zip: 19102-2555 |
| Phone Number w/Area Code: | (215) 665-8700 |
| City and State of Residence: | Philadelphia, Pennsylvania |
| Primary E-mail Address: | minji.kim@bipc.com |
| Secondary E-mail Address: | minji23@bu.edu |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mary R. Hackett |
| Law Firm Name: | Buchanan Ingersoll & Rooney LLP |
| Address: | One America Plaza |
| | 600 West Broadway, Suite 1100 |
| City: | San Diego    State: CA    Zip: 92101 |
| Phone Number w/Area Code: | (619) 346-7651    Bar #: 326482 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 10, 2025

_____
JUDGE, U.S. DISTRICT COURT