JASON E. MURTAGH (SBN 294830)
jason.murtagh@bipc.com
MARY R. HACKETT (SBN 326482)
mary.hackett@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone:    619 239 8700
Fax:              619 702 3898

JOSEPH J. CENTENO (*admitted Pro Hac Vice*)
joseph.centeno@bipc.com
MINJI KIM (*admitted Pro Hac Vice*)
minji.kim@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
50 S. 16th St, Suite 3200
Philadelphia, PA 19102
Telephone:    215 665 8700
Fax:              215 665 8760

*Attorneys for Defendants, TransUnion LLC and Amy Cook*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN JOYCE, an individual,<br><br>                    Plaintiff,<br><br>    vs.<br><br>TRANS UNION LLC, a Delaware limited liability company; AMY COOK, an individual; and DOES 1-100 inclusive,<br><br>                    Defendants. | Case No.: 2:24-cv-03344-TLN-AC<br><br>*Assigned to District Judge: Hon. Troy L. Nunley, and Magistrate Judge: Hon. Allison Claire*<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>Removal Filed:    November 27, 2024<br>Action Filed:       October 27, 2024 |

Pursuant to Judge Troy L. Nunley's Civil Standing Order, the Court's Initial Pretrial Scheduling Order (ECF 4), and Local Rule 143, Plaintiff Ann Joyce ("Plaintiff") and Defendants, TransUnion, LLC ("Defendant") and Individual Defendant Amy Cook ("Individual Defendant") (collectively, the "Parties") hereby jointly stipulate and agree to an extension of discovery to December 29, 2025 for the purpose of completing depositions and additional discovery. The Parties submit that there is good cause for this requested extension. In support, the Parties state as follows:

1. Whereas the Court issued an Initial Pretrial Scheduling Order (ECF No. 4) on December 2, 2024, ordering the following case deadlines:

   a. Fact Discovery – November 27, 2025
   b. Expert Discovery – January 26, 2026
   c. Supplemental Discovery – April 27, 2026
   d. Dispositive Motions – May 26, 2026
   e. Joint Notice of Trial Readiness – 30 days after Court's ruling on dispositive motions.
   f. Pretrial Conference – To be set by the Court after ruling on dispositive motions.
   g. Trial – To be set by the Court after ruling on dispositive motions.

2. Whereas the Parties timely exchanged initial disclosures on April 21, 2024 and April 22, 2025;

3. Whereas Plaintiff responded to Defendant's discovery demands on May 27, 2025, and Defendant responded to Plaintiff's discovery demands on June 10, 2025 and June 24, 2025;

4. Whereas Defendant sent a discovery deficiency letter on July 7, 2025, and Plaintiff served supplemental discovery responses on August 4, 2025;

5. Whereas Defendant took Plaintiff's deposition on October 23, 2025;

6. Whereas Plaintiff took Individual Defendant's deposition on October 31, 2025;

7. Whereas Defendant took 2 third-party depositions on November 5, 2025;

8. Whereas Plaintiff noticed an additional defense witness deposition on October 24, 2025;

9. Whereas the aforementioned noticed defense witness is out of the office through early December 2025;

10. Whereas the Parties continue to actively engage in discovery and have stipulated and agreed to the extension of the fact discovery deadline from November 27, 2025, to December 29, 2025 for the purpose of completing written discovery and conducting additional depositions;

11. Whereas this is the Parties' first joint request for an extension of the fact discovery deadline;

12. Whereas the Parties stipulate that all other case deadlines will remain as is, such that the proposed discovery extension will not materially delay the litigation of this matter;

13. Whereas no Party will suffer prejudice as a result of the aforementioned extension.

WHEREFORE, for good cause shown, the Parties respectfully request the Court extend the fact discovery deadline to December 29, 2025, and retain all other deadlines set forth in this Court's December 2, 2024 Initial Pretrial Scheduling Order (ECF No. 4), as set forth herein.

DATED: November 10, 2025          Respectfully submitted,

**ABRAMSON LABOR GROUP**
1700 WEST BURBANK BLVD.
BURBANK, CA 91506
TEL: (213) 493-6300
FAX: (213) 382-4083

By: *Tatiana Karamian*
W. Zev Abramson, Esq. #289387
Christina Begakis, Esq. #316779
Tatiana Karamian, Esq. #332564
*Attorneys for Plaintiff Ann Joyce*

**BUCHANAN INGERSOLL & ROONEY LLP**

By: */s/ Minji Kim, Esq.*
Jason E. Murtagh, Esq.
Mary R. Hackett, Esq.
Joseph J. Centeno, Esq.
Minji Kim, Esq.
*Attorneys for Defendants TransUnion, LLC and Amy Cook*

**ORDER**

Upon consideration of the Parties' Joint Stipulation to Extend Discovery and all other matters of record, it is ORDERED that the Joint Stipulation be and hereby is GRANTED. It is further ORDERED that the Parties shall complete fact discovery on or before December 29, 2025, and all other Case management deadlines will remain in place pursuant to this Court's December 2, 2024, Initial Pretrial Scheduling Order (ECF No. 4).

IT IS SO ORDERED.

Dated: November 12, 2025

_____
Troy L. Nunley
Chief United States District Judge