| | |
|---|---|
| 1 | JASON E. MURTAGH (SBN 294830) |
|   | jason.murtagh@bipc.com |
| 2 | MARY R. HACKETT (SBN 326482) |
|   | mary.hackett@bipc.com |
| 3 | BUCHANAN INGERSOLL & ROONEY LLP |
|   | One America Plaza |
| 4 | 600 West Broadway, Suite 1100 |
|   | San Diego, CA 92101 |
| 5 | Telephone:    619 239 8700 |
|   | Fax:               619 702 3898 |

JOSEPH J. CENTENO (*admitted Pro Hac Vice*)
joseph.centeno@bipc.com
MINJI KIM (*admitted Pro Hac Vice*)
minji.kim@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
50 S. 16th St, Suite 3200
Philadelphia, PA 19102
Telephone:    215 665 8700
Fax:               215 665 8760

*Attorneys for Defendants, TransUnion LLC and Amy Cook*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN JOYCE, an individual | Case No.: 2:24-cv-03344-TLN-AC |
| Plaintiff, | *Assigned to District Judge: Hon. Troy L. Nunley, and Magistrate Judge: Hon. Allison Claire* |
| vs. | |
| TRANS UNION LLC, a Delaware limited liability company; AMY COOK, an individual; and DOES 1-100 inclusive, | **JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| Defendants. | Removal Filed:    November 27, 2024 |
|  | Action Filed:        October 27, 2024 |

Pursuant to Judge Troy L. Nunley's Civil Standing Order, the Court's Amended Pretrial Scheduling Order (ECF 13), and Local Rule 143, Plaintiff Ann Joyce ("Plaintiff") and Defendants, TransUnion, LLC ("Defendant") and Individual Defendant Amy Cook ("Individual Defendant") (collectively, the "Parties") hereby jointly stipulate and agree to an extension of discovery to February 27, 2026 for the purpose of completing depositions and additional discovery. The Parties submit that there is good cause for this requested extension. In support, the Parties state as follows:

1

1. Whereas the Court issued an Initial Pretrial Scheduling Order (ECF No. 4) on December 2, 2024, ordering the following case deadlines:

    a. Fact Discovery – November 27, 2025

    b. Expert Discovery – January 26, 2026

    c. Supplemental Discovery – April 27, 2026

    d. Dispositive Motions – May 26, 2026

    e. Joint Notice of Trial Readiness – 30 days after Court's ruling on dispositive motions.

    f. Pretrial Conference – To be set by the Court after ruling on dispositive motions.

    g. Trial – To be set by the Court after ruling on dispositive motions.

2. Whereas the Parties timely exchanged initial disclosures on April 21, 2024 and April 22, 2025;

3. Whereas Plaintiff responded to Defendant's discovery demands on May 27, 2025, and Defendant responded to Plaintiff's discovery demands on June 10, 2025 and June 24, 2025;

4. Whereas Defendant sent a discovery deficiency letter on July 7, 2025, and Plaintiff served supplemental discovery responses on August 4, 2025;

5. Whereas Defendant took Plaintiff's deposition on October 23, 2025;

6. Whereas Plaintiff took Individual Defendant's deposition on October 31, 2025;

7. Whereas Defendant took two, third-party depositions on November 5, 2025;

8. Whereas the Parties jointly stipulated and agreed to the extension of the fact discovery deadline from November 27, 2025, to December 29, 2025 for the purpose of completing written discovery and conducting additional depositions on November 10, 2025 (ECF No. 12).

9. Whereas this Court entered the Parties' Joint Stipulation to Extend Discovery on November 13, 2025, ordering the following deadlines (ECF No. 13):

    a. Fact Discovery – December 29, 2025

    b. Expert Discovery – January 26, 2026

    c. Supplemental Discovery – April 27, 2026

      d.      Dispositive Motions – May 26, 2026

      e.      Joint Notice of Trial Readiness – 30 days after Court's ruling on dispositive motions.

      f.      Pretrial Conference – To be set by the Court after ruling on dispositive motions.

      g.      Trial – To be set by the Court after ruling on dispositive motions.

10. Whereas the Parties have continued to actively engage in discovery, with additional discovery deficiency letters propounded on December 4, 2025, supplement productions made on December 15, 2025, and a defense deposition taken on December 19, 2025;

11. Whereas, during the deposition on December 19, 2025, both Parties learned of additional discovery needed, including additional depositions, and therefore have stipulated and agreed to the extension of the fact discovery deadline from December 29, 2025 to February 27, 2026 for the purpose of completing written discovery and conducting additional depositions;

12. Whereas this is the Parties' second joint request for an extension of the fact discovery deadline;

13. Whereas the Parties request that the Court issue the following case deadlines, which extends the other deadlines by two months each such that the proposed discovery extension will not materially delay the litigation of this matter:

      a.      Fact Discovery – February 27, 2026

      b.      Expert Discovery – March 26, 2026

      c.      Supplemental Discovery – June 29, 2026

      d.      Dispositive Motions – July 27, 2026

      e.      Joint Notice of Trial Readiness – 30 days after Court's ruling on dispositive motions.

      f.      Pretrial Conference – To be set by the Court after ruling on dispositive motions.

      g.      Trial – To be set by the Court after ruling on dispositive motions.

14. Whereas no Party will suffer prejudice as a result of the aforementioned extension.

1  WHEREFORE, for good cause shown, the Parties respectfully request the Court extend the fact discovery deadline to February 27, 2026, and order the other deadlines to accommodate the extension, as set forth herein.

DATED: December 22, 2025        Respectfully submitted,

**ABRAMSON LABOR GROUP**

By:  */s/ Tatiana Karamian, Esq.*
     W. Zev Abramson, Esq. #289387
     Christina Begakis, Esq. #316779
     Tatiana Karamian, Esq. #332564
     *Attorneys for Plaintiff Ann Joyce*


**BUCHANAN INGERSOLL & ROONEY LLP**

By:  */s/ Minji Kim, Esq.*
     Jason E. Murtagh, Esq.
     Mary R. Hackett, Esq.
     Joseph J. Centeno, Esq.
     Minji Kim, Esq.
     *Attorneys for Defendants TransUnion, LLC and Amy Cook*

**ORDER**

Upon consideration of the Parties' Joint Stipulation to Extend Discovery and all other matters of record, it is ORDERED that the Joint Stipulation be and hereby is GRANTED. It is further ORDERED that the Parties shall complete fact discovery on or before February 27, 2026, and all other Case management deadlines will be ORDERED with the new dates as set forth below:

a. Fact Discovery – February 27, 2026

b. Expert Discovery – March 26, 2026

c. Supplemental Discovery – June 29, 2026

d. Dispositive Motions – July 27, 2026

e. Joint Notice of Trial Readiness – 30 days after Court's ruling on dispositive motions.

f. Pretrial Conference – To be set by the Court after ruling on dispositive motions.

g. Trial – To be set by the Court after ruling on dispositive motions.

IT IS SO ORDERED.

Dated: December 22, 2025

Troy L. Nunley
Chief United States District Judge